THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HYMAN EDELSTEIN, Appellant.

Reported below, 169 App. Div. 967.
(Submitted February 21, 1916; decided February 29, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second

judicial department, entered June 17, 1915, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of extortion.

The motion was made upon the ground of failure to file the required return.

*James C. Cropsey, District Attorney (Ralph E. Hemstreet* of counsel), for motion.

*Martin T. Manton* opposed.

Motion denied on condition that the return be filed and the case served within ten days; if this condition be not complied with the motion to dismiss appeal is granted.